IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 5:07CR26-DCB-LRA

MELVIN HEDRICK

## ORDER

This cause having come on for a bench trial before this Court in the captioned matter on April 9, 2008. The defendant, Melvin Hedrick, was found competent to proceed with trial. The defendant waived his right to a jury trial and consented to proceed with a bench trial. The government presented sufficient evidence by way of proffer regarding the *actus reus* of the case, to convince the Court the defendant actually performed the acts in the indictment. The defense then presented evidence in support of the defendant being not guilty by reason of insanity. The evidence was in the form of a psychiatric report by the Bureau of Prisons. The Court then found the defendant, Melvin Hedrick, **NOT GUILTY ONLY BY REASON OF INSANITY.** It is accordingly,

ORDERED AND ADJUDGED that the defendant, Melvin Hedrick, is **NOT GUILTY ONLY BY REASON OF INSANITY**.

FURTHER ORDERED AND ADJUDGED, in accordance with 18 U.S.C. §4243, the defendant shall be committed to a suitable facility to undergo a psychological examination to determine whether or not his release would create a risk of bodily injury to another or serious damage to property of another due to a present mental disease or defect.

FURTHER ORDERED AND ADJUDGED, in accordance with 18 U.S.C. §4243(c) a hearing shall take place no later than forty days following this special verdict to determine whether the defendant is a danger to himself or others and should be released.

SO ORDERED this the   14th   day of     May    , 2008.


                                                               s/ David Bramlette
                                        United States District Court Judge