IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                              CRIMINAL NO. 5:07CR26-DCB-LRA

MELVIN HEDRICK

## ORDER EXTENDING TIME

This cause having come before the Court pursuant to 18 U.S.C. §4243 and the Court having been fully advised in the premises finds as follows:

It was ordered and adjudged on May 14, 2008, after the defendant having been found not guilty only by reason of insanity on April 9, 2008, that the defendant Melvin Hedrick shall be committed to a suitable facility to undergo a psychological examination to determine whether or not his release would create a risk of bodily injury to another or serious damage to property of another due to a present mental disease or defect, in accordance with 18 U.S.C. §4243.  It was further ordered on above said date, in accordance with 18 U.S.C. §4243(c), a hearing shall take place no later than forty days following this special verdict to determine whether the defendant is a danger to himself or others and should be released.

THEREFORE, IT IS HEREBY ORDERED, an extension of forty days from the date of this order for a hearing to take place in accordance with 18 U.S.C. §4243(c).

SO ORDERED this the   18th   day of     June     , 2008.


                                                             s/ David Bramlette
                                                        United States District Court Judge