


# U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

---

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

July 10, 2008

The Honorable David Bramlette III
United States Court
Post Office Box 928
Natchez, Mississippi 39121

RE:  HENDRICK, Melvin
     Register Number: 09355-043
     Docket Number:   5:07-CR26-DCB-LRA

Dear Judge Bramlette:

The above-referenced individual was admitted to the Mental Health Unit of this facility on July 8, 2008, pursuant to the provisions of Title 18, United States Code, Section 4243(b).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Hendrick, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution plus a 30 day extension. If this request is granted, the evaluation period will end on September 20, 2008. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Complex Warden

AFB/dsm

GRANTED/DENIED (Circle One)
Signature: _____  DATE: 7/21/08
            District Judge David Bramlette III

cc:  David H. Fulcher/Marc A. Perez, Assistant United States Attorney
     S. Dennis Joiner, Defense Attorney

[FILED STAMP: SOUTHERN DISTRICT OF MISSISSIPPI, JUL 22 2008, J. T. NOBLIN, CLERK, BY _____ DEPUTY]