IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                                                CRIMINAL NO. 5:07CR26-DCB-LRA

MELVIN HEDRICK

## ORDER OF CONDITIONAL RELEASE

This cause came before the Court on the Motion of the Defendant for release pursuant to 18 U.S.C. 4243 (d). The Court after hearing the evidence and reviewing the report admitted as Exhibit A to Defendant's Motion does hereby find:

That the defendant does not pose a danger to himself, to society or to the property of others and therefore should be released under the following conditions:

1. Defendant remain on his prescribed regimen of medication

2. Defendant be seen by his psychologist and/or psychiatrist in Port Gibson, Mississippi, as determined by the prescribing physician.

3. Defendant remain under the supervision of this Court for a period of one (1) year and compliance to be monitored by the United States Probation Office.

4. Defendant is to be released immediately.

SO ORDERED THIS THE ___18th___ day of November, 2008.

___s/ David Bramlette___
UNITED STATES DISTRICT JUDGE